FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 24 2026

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 26-CR-710 KG |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 922(g)(1) and 924: Felon in |
| | ) | Possession of a Firearm and Ammunition. |
| **ANDREW MADRID**, | ) | |
| | ) | |
| Defendant. | ) | |

# INDICTMENT

The Grand Jury charges:

On or about December 9, 2025, in Rio Arriba County, in the District of New Mexico, the defendant, **ANDREW MADRID**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) possession of a controlled substance (three convictions),

(2) abuse of a child (does not result in death or great bodily harm), and

(3) aggravated fleeing a law enforcement officer,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **ANDREW MADRID**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. a Kel-Tec P3AT .380 pistol, serial number KUA07,

b. a FIE Mod Tex .22 LR revolver, serial number R21553,

c. a Sturm Ruger .22 caliber pistol, serial number 487300,

d. approximately 22 rounds of .380 caliber ammunition,

e. approximately 13 rounds of .22 caliber ammunition,

f. approximately 66 rounds of 9mm caliber ammunition.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney